For the error hereinabove pointed out, the judgment of the trial court is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

The charge of the court in this case is subject to the same defects pointed out and upon which a reversal of that case was ordered.

For the same reason the judgment of the trial court in this case is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## KING v. STATE.

No. 21836.

Court of Criminal Appeals of Texas.

Jan. 14, 1942.

R. W. Webb, of Snyder, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Mary Belle King was tried before the County Judge of Scurry County without the intervention of a jury on a charge of violation of the liquor laws and assessed a penalty of nine months in jail, from which this appeal comes.

The record is before us without bills of exception and without statement of facts. The procedure appears to be regular and we find no error. The judgment of the trial court is affirmed.